UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
ORTON, DANIEL SCOTT                             §   Case No. 13-04227
                                                §
                       Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-04227 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | ORTON, DANIEL SCOTT | | | Date Filed (f) or Converted (c): | 02/04/13 (f) |
| | | | | 341(a) Meeting Date: | 03/11/13 |
| For Period Ending: | 09/25/13 | | | Claims Bar Date: | 06/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash: Checking account | 40.00 | 0.00 | | 0.00 | FA | 0.00 | 40.00 |
| 2. Checking Account: | 15.00 | 0.00 | | 0.00 | FA | 0.00 | 15.00 |
| 3. Furniture: Household Goods, Furniture, Appliances, | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 4. Clothes: | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 5. Inheritance: Shirley O. Lehman Estate | 9,000.00 | 9,000.00 | | 9,000.00 | FA | 0.00 | 0.00 |
| 6. Auto:2007 Buick Lacrosse CX Sedan 22,000 miles | 9,000.00 | 4,400.00 | | 4,400.00 | FA | 0.00 | 3,745.00 |
| 7. Buick Regal 1996, 80,000 mils. (not operable) | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 8. Ebay Business - Used Camera and Lenses Inventory | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 9. Burial Plot | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $19,405.00 | $13,400.00 | | $13,400.00 | $0.00 | $0.00 | $5,150.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered remainder of inheritance due under tentameatery trust and sold Debtor's equity in car back to Debtor.

Trustee reviewed claims and attended to tax matters including filing Estate tax returns.

Initial Projected Date of Final Report (TFR): / /    Current Projected Date of Final Report (TFR): / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-04227 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | ORTON, DANIEL SCOTT | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0544 Checking Account |
| Taxpayer ID No: | *******8878 | | | |
| For Period Ending: | 09/24/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/13 | 6 | Daniel S. Orton<br>First American Bank cashiers check<br>700 Busse Road<br>Elk Grove Village IL 60007 | SETTLEMENT RE: VEHICLE | 1129-000 | 1,400.00 | | 1,400.00 |
| 04/16/13 | 6 | Daniel S. Orton<br>First American Bank cashiers check<br>700 Busse Road<br>Elk Grove Village IL 60007 | SETTLEMENT RE: VEHICLE | 1129-000 | 3,000.00 | | 4,400.00 |
| 05/16/13 | 5 | Shirley Lehmann Trust<br>Karen Austgen, Successor TR<br>1388 Yorkshire Lane<br>Carol Stream IL 60188-4612 | | 1129-000 | 9,000.00 | | 13,400.00 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 13,390.00 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow me to post date more than 30 days. ~JMM 7.18.13 | 2600-000 | | 10.00 | 13,380.00 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 13.75 | 13,366.25 |
| 08/15/13 | 001001 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield IL 62794-9053 | Estate's State 1041 Tax Liability<br>Payment on Estate's 2013 State Tax | 2820-000 | | 71.00 | 13,295.25 |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-04227 -CAD |
| Case Name: | ORTON, DANIEL SCOTT |
| Taxpayer ID No: | *******8878 |
| For Period Ending: | 09/24/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0544 Checking Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0544 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 3 | Deposits | 13,400.00 | 1 | Checks | 71.00 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 33.75 |
| | Subtotal | $ 13,400.00 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 104.75 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 13,400.00 | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2013 |

Case Number: 13-04227  
Debtor Name: ORTON, DANIEL SCOTT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | $2,090.00 | $0.00 | $2,090.00 |
| 001<br>3110-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | $2,627.00 | $0.00 | $2,627.00 |
| 001<br>3310-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | $912.00 | $0.00 | $912.00 |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield IL 62794-9053 | Administrative<br>Payment on 2013 State Tax | $71.00 | $71.00 | $0.00 |
| 001<br>3120-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | $16.38 | $0.00 | $16.38 |
| | Subtotal for Class Administrative | | $5,716.38 | $71.00 | $5,645.38 |
| 046<br>5800-00 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | Priority | $2,800.00 | $0.00 | $2,800.00 |
| 000008<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Priority<br>(8-1) IL Income Tax 12/12 | $1,238.00 | $0.00 | $1,238.00 |
| | Subtotal for Class Priority | | $4,038.00 | $0.00 | $4,038.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | $7,640.21 | $0.00 | $7,640.21 |
| 000002<br>070<br>7100-00 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TEXAS 75243 | Unsecured | $4,679.93 | $0.00 | $4,679.93 |
| 000003<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | $7,313.58 | $0.00 | $7,313.58 |
| 000004<br>070<br>7100-00 | Dickson & Hasenbalg<br>2000 W. Galena Blvd. - Suite 305<br>Aurora, IL 60506 | Unsecured<br>(4-1) Amount due for legal services rendered to Debtor. | $21,946.65 | $0.00 | $21,946.65 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | $5,033.77 | $0.00 | $5,033.77 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 25, 2013 |

Case Number:  13-04227  
Debtor Name:  ORTON, DANIEL SCOTT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000006 070 7100-00 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured | | $5,263.66 | $0.00 | $5,263.66 |
| 000007 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $3,523.29 | $0.00 | $3,523.29 |
| | Subtotal for Class Unsecured | | | $55,401.09 | $0.00 | $55,401.09 |
| | Case Totals: | | | $65,155.47 | $71.00 | $65,084.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-04227
Case Name: ORTON, DANIEL SCOTT
Trustee Name: Elizabeth C. Berg

    Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Illinois Department of Revenue | $ | $ | $ |
|  | United States Treasury | $ | $ | $ |

    Total to be paid to priority creditors                          $_____

    Remaining Balance                                                 $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | FIFTH THIRD BANK | $ | $ | $ |
| 000003 | First National Bank of Omaha | $ | $ | $ |
| 000004 | Dickson & Hasenbalg | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |

    Total to be paid to timely general unsecured creditors             $_____

    Remaining Balance                                       $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE