# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORTON, DANIEL SCOTT | § | Case No. 13-04227 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Mr. Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn Street
   7th Floor
   Chicago   IL   60603

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
   11:15 a.m.
   on Thursday, December 19, 2013
   in Courtroom 240 of the Kane County Courthouse
   100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ORTON, DANIEL SCOTT § Case No. 13-04227
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,400.00 |
| and approved disbursements of | $ | 104.75 |
| leaving a balance on hand of[1] | $ | 13,295.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 2,090.00 | $ 0.00 | $ 2,090.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 2,627.00 | $ 0.00 | $ 2,627.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 16.38 | $ 0.00 | $ 16.38 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 912.00 | $ 0.00 | $ 912.00 |
| Other: Illinois Department of Revenue | $ 71.00 | $ 71.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,645.38 |
| Remaining Balance | | $ | 7,649.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,038.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Illinois Department of Revenue | $ 1,238.00 | $ 0.00 | $ 1,238.00 |
|  | United States Treasury | $ 2,800.00 | $ 0.00 | $ 2,800.00 |

Total to be paid to priority creditors                $       4,038.00

Remaining Balance                                     $       3,611.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,401.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,640.21 | $ 0.00 | $ 498.10 |
| 000002 | FIFTH THIRD BANK | $ 4,679.93 | $ 0.00 | $ 305.11 |
| 000003 | First National Bank of Omaha | $ 7,313.58 | $ 0.00 | $ 476.81 |
| 000004 | Dickson & Hasenbalg | $ 21,946.65 | $ 0.00 | $ 1,430.81 |
| 000005 | FIA CARD SERVICES, N.A. | $ 5,033.77 | $ 0.00 | $ 328.18 |
| 000006 | FIA CARD SERVICES, N.A. | $ 5,263.66 | $ 0.00 | $ 343.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | PYOD, LLC its successors and assigns as assignee | $ 3,523.29 | $ 0.00 | $ 229.70 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,611.87 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-04227-CAD
Daniel Scott Orton                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ahamilton        Page 1 of 2        Date Rcvd: Nov 14, 2013
                            Form ID: pdf006        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2013.
```
db          +Daniel Scott Orton,    987 South State St.,    Hampshire, IL 60140-9617
20343817    ++ALLIED INTERNATIONAL CREDIT CORP US,    6800 PARAGON PLACE,    SUITE 400,    RICHMOND VA 23230-1654
              (address filed with court: Allied International Credit Corp,    100 East Shore Drive 3rd Fl,
              Glen Allen, VA 23059)
20343818     Allied Interstate,    Consumer Service Department,    P O Box 36147,    Columbus, OH 43236
20343816    +Allied Interstate LLC,    P O Box 4000,    Warrenton, VA 20188-4000
20000037    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attention: Recovery Department,
              4161 Peidmont Pkwy.,    Greensboro, NC 27410
20000036     Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
20000040    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
20000038    +Charter One,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
20000039    +Citi,    Corporate Headquarters,    399 Park Ave,    New York, NY 10022-4699
20000041    +Credit Protection Assoc, L.P.,    13355 Noel Road,    Dallas, TX 75240-6837
20000042    +Dickson & Hasenbalg,    CDH Law Group, LLC,    fka Dickson & Hassenbalg LLC,
              2000 W. Galena Blvd. - Suite 210,    Aurora, IL 60506-4486
20343824     Echelon Recovery Inc,    P O Box 1880,    Voorhees, NJ 08043-7880
20388071     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20343819    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
20223038    +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
20000045    +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
              Grand Rapids, MI 49546-6253
20343815     First Bankcard Center,    P O Box 385908,    Minneapolis, MN 55438-5908
20000047    +First National Bank Credit Card Center,    Attention: Bankruptcy Department,
              1620 Dodge St. Stop Code: 3105,    Omaha, NE 68197-0003
20282798    +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
20343823    +Firstsource Advantage,    205 Bryant Woods South,    Amherst, Ny 14228-3609
20343826    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    P O Box 19035,
              Springfield, Il 62794-9035)
20726839     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
20000048    +Jean Orton,    220 Hillcrest Ave.,    Hampshire, IL 60140-9451
20000049    +Kenneth Ditkowsky, Attorney,    5940 W. Touhy Ave., Suite 230,    Niles, IL 60714-4604
20000050    ++MEDIACOM COMMUNICATIONS CORPORATION,    ATTN ERIK MIRROW,    100 CRYSTAL RUN ROAD,
              MIDDLETOWN NY 10941-4041
              (address filed with court: Mediacom,    3900 26th Ave.,    Moline, IL 61265-4956)
20000051    +Nes of Ohio,    29125 Solon Rd.,    Solon, OH 44139-3442
20000052    +Peck Bloom, LLC,    105 W. Adams, 31st Floor,    Chicago, IL 60603-6227
20343820    #+Pentagruop Financial LLC,    5959 Corporate Drive,    Suite 1400,    Houston, TX 77036-2311
20000053    #+Scott P. Larson, Attorney,    1250 Larkin Ave., Suite 100,    Elgin, IL 60123-6078
20343822    +Sentry Credit, Inc,    2809 Grand Ave,    Everett, WA 98201-3417
20343821    +United Collection Bureau, Inc,    5620 Southwyck Blvd Suite 206,    Toledo, OH 43614-1501
20000054    +Van Ru Credit Corporation,    11069 Strang Line Rd., Bldg E,    Lenexa, KS 66215-2181
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20000043     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2013 01:02:14     Discover Financial Services,
              Po Box 15316,    Wilmington, DE 19850
20000044     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2013 01:02:14
              Discover Financial Services LLC,    Corporate Headquarters,    2500 Lake Cook Rd,
              Riverwoods, IL 60015
20185392     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2013 01:02:14     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20000046     E-mail/Text: data_processing@fin-rec.com Nov 15 2013 00:49:45     Financial Recovery Services,
              PO BOX 385908,    Minneapolis, MN 55438-5908
20343825     E-mail/Text: cio.bncmail@irs.gov Nov 15 2013 00:49:32     IRS,    PO Box 7346,
              Philadelphia, Pa 19101-7346
20477015    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2013 01:01:58
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Nov 14, 2013
                              Form ID: pdf006              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2013 at the address(es) listed below:
```
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roxanna   Hipple    on behalf of Debtor Daniel Scott Orton rhipple@sprynet.com,  rhipple62@gmail.com
                                                                                                         TOTAL: 4
```