UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
ORTON, DANIEL SCOTT                             §       Case No. 13-04227
                                                §
                                                §
            Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg_____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT


## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.


## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |


## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |


## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| IDOR | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied International Credit Corp. 100 East Shore Drive 3rd Floor Glen Allen, VA 23059 | | | | | |
| | Allied Interstate Consumer Service Department P.O. Box 36147 Columbus, OH 43236 | | | | | |
| | Allied Interstate LLC PO Box 4000 Warrenton, VA 20188 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Protection Assoc, L.P. 13355 Noel Road Dallas, TX 75240 | | | | | |
| | Creditor #: 1 Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | | | | |
| | Creditor #: 10 Fifth Third Bank 38 Fountain Square Plaza Cincinnati, OH 45263 | | | | | |
| | Creditor #: 11 Fifth Third Bank 38 Fountain Square Plaza Cincinnati, OH 45263 | | | | | |
| | Creditor #: 12 First Bankcard Center P.O. Box 385908 Minneapolis, MN 55438-5908 | | | | | |
| | Creditor #: 13 Kenneth Ditkowsky, Attorney 5940 W. Touhy Ave., Suite 230 Niles, IL 60714 | | | | | |
| | Creditor #: 14 Mediacom 3900 26th Ave. Moline, IL 61265-4956 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 15 Peck Bloom, LLC 105 W. Adams, 31st Floor Chicago, IL 60603 | | | | | |
| | Creditor #: 16 Scott P. Larson, Attorney 1250 Larkin Ave., Suite 100 Elgin, IL 60123 | | | | | |
| | Creditor #: 2 Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | | | | |
| | Creditor #: 3 Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Creditor #: 4 Charter One 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |
| | Creditor #: 5 Citi Corporate Headquarters 399 Park Ave New York, NY 10022 | | | | | |
| | Creditor #: 6 Dickson & Hasenbalg 2000 W. Galena Blvd. - Suite 305 Aurora, IL 60506 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 7 Discover Financial Services LLC Corporate Headquarters 2500 Lake Cook Rd Riverwoods, IL 60015 | | | | | |
| | Creditor #: 8 Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | | | | |
| | Creditor #: 9 Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | | | | |
| | Discover Financial Services Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Echelon Recovery Inc. P.O. Box 1880 Voorhees, NJ 08043-7880 | | | | | |
| | Financial Recovery Services PO BOX 385908 Minneapolis, MN 55438-5908 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank Credit Card Center Attention: Bankruptcy Department 1620 Dodge St. Stop Code: 3105 Omaha, NE 68197 | | | | | |
| | Firstsource Advantage 205 Bryant Woods South Amherst, NY 14228 | | | | | |
| | Nes of Ohio 29125 Solon Rd. Solon, OH 44139 | | | | | |
| | Pentagroup Financial, LLC 5959 Corporate Drive Suite 1400 Houston, TX 77036 | | | | | |
| | Sentry Credit, INC 2809 Grand Ave Everett, WA 98201 | | | | | |
| | United Collection Bureau, Inc. 5620 Southwyck Blvd, Suite 206 Toledo, OH 43614 | | | | | |
| | Van Ru Credit Corporation 11069 Strang Line Rd., Bldg E Lenexa, KS 66215 | | | | | |
| 000004 | DICKSON & HASENBALG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | FIFTH THIRD BANK | | | | | |
| 000003 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No:    13-04227    CAD    Judge: CAROL A. DOYLE | Trustee Name:    Elizabeth C. Berg |
| Case Name:    ORTON, DANIEL SCOTT | Date Filed (f) or Converted (c):    02/04/13 (f) |
| | 341(a) Meeting Date:    03/11/13 |
| For Period Ending:  02/09/14 | Claims Bar Date:    06/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash: Checking account | 40.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account: | 15.00 | 0.00 | | 0.00 | FA |
| 3. Furniture: Household Goods, Furniture, Appliances, | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothes: | 150.00 | 0.00 | | 0.00 | FA |
| 5. Inheritance: Shirley O. Lehman Estate | 9,000.00 | 9,000.00 | | 9,000.00 | FA |
| 6. Auto:2007 Buick Lacrosse CX Sedan 22,000 miles | 9,000.00 | 4,400.00 | | 4,400.00 | FA |
| 7. Buick Regal 1996, 80,000 mils. (not operable) | 200.00 | 0.00 | | 0.00 | FA |
| 8. Ebay Business - Used Camera and Lenses Inventory | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Burial Plot | 400.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $20,805.00                    $13,400.00                              $13,400.00                    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered remainder of inheritance due under testamentary trust and sold Debtor's equity in car back to Debtor.

Trustee reviewed claims and attended to tax matters including filing of Estate tax returns.Trustee prepared final

report.  Final hearing held and final distribuiton made.

Initial Projected Date of Final Report (TFR): 12/31/13       Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-04227 -CAD |
| Case Name: | ORTON, DANIEL SCOTT |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5950  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******8878 |
| For Period Ending: | 02/09/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 13,295.25 | | 13,295.25 |
| 12/23/13 | 005001 | Elizabeth C. Berg, Trustee c/o Baldi Berg & Wallace 20 N. Clark Street #200 Chicago IL 60602 | Trustee Compensation | 2100-000 | | 2,090.00 | 11,205.25 |
| 12/23/13 | 005002 | Baldi Berg & Wallace 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 2,627.00 | 8,578.25 |
| 12/23/13 | 005003 | Popowcer Katten Ltd. 35 East Wacker Drive Sutie 1500 Chicago IL 60601 | TR's Accountant Final Compensation | 3310-000 | | 912.00 | 7,666.25 |
| 12/23/13 | 005004 | Baldi Berg & Wallace 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 16.38 | 7,649.87 |
| 12/23/13 | 005005 | United States Treasury c/o Internal Revenue Service Cincinnati   OH  45999-0148 | Claims of Governmental Units - 507( | 5800-000 | | 2,800.00 | 4,849.87 |
| 12/23/13 | 005006 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | Claim 000008, Payment 100.00000% | 5800-000 | | 1,238.00 | 3,611.87 |
| 12/23/13 | 005007 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 6.51945% | 7100-000 | | 498.10 | 3,113.77 |
| 12/23/13 | 005008 | FIFTH THIRD BANK 9441 LBJ FREEWAY,SUITE 350 DALLAS,TEXAS 75243 | Claim 000002, Payment 6.51954% | 7100-000 | | 305.11 | 2,808.66 |
| 12/23/13 | 005009 | First National Bank of Omaha | Claim 000003, Payment 6.51952% | 7100-000 | | 476.81 | 2,331.85 |

Ver: 17.04b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 13-04227  -CAD | Trustee Name: | Elizabeth C. Berg |
| Case Name: | ORTON, DANIEL SCOTT | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5950  Checking Account |
| Taxpayer ID No: | *******8878 | | |
| For Period Ending: | 02/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1620 Dodge Street Stop Code 3105 Omaha Ne 68197 | | | | | |
| 12/23/13 | 005010 | Dickson & Hasenbalg 2000 W. Galena Blvd. - Suite 305 Aurora, IL 60506 | Claim 000004, Payment 6.51949% | 7100-000 | | 1,430.81 | 901.04 |
| 12/23/13 | 005011 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Claim 000005, Payment 6.51957% | 7100-000 | | 328.18 | 572.86 |
| 12/23/13 | 005012 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Claim 000006, Payment 6.51942% | 7100-000 | | 343.16 | 229.70 |
| 12/23/13 | 005013 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000007, Payment 6.51947% | 7100-000 | | 229.70 | 0.00 |

| Account  *******5950 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 13 | Checks | 13,295.25 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $     0.00 | | | |
| | | | | | Total | $   13,295.25 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 13,295.25 | | | |
| | | Total | $   13,295.25 | | | |

LFORM2T4 **UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.04b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-04227 -CAD | Trustee Name: | Elizabeth C. Berg |
| Case Name: | ORTON, DANIEL SCOTT | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0544  Checking Account |
| Taxpayer ID No: | *******8878 | | |
| For Period Ending: | 02/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/13 | 6 | Daniel S. Orton<br>First American Bank cashiers check<br>700 Busse Road<br>Elk Grove Village  IL  60007 | SETTLEMENT RE: VEHICLE | 1129-000 | 1,400.00 | | 1,400.00 |
| 04/16/13 | 6 | Daniel S. Orton<br>First American Bank cashiers check<br>700 Busse Road<br>Elk Grove Village  IL  60007 | SETTLEMENT RE: VEHICLE | 1129-000 | 3,000.00 | | 4,400.00 |
| 05/16/13 | 5 | Shirley Lehmann Trust<br>Karen Austgen, Successor TR<br>1388 Yorkshire Lane<br>Carol Stream  IL  60188-4612 | | 1129-000 | 9,000.00 | | 13,400.00 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days.<br>6/21/13 ~JMM | 2600-000 | | 10.00 | 13,390.00 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow me to post date more than 30 days. ~JMM 7.18.13 | 2600-000 | | 10.00 | 13,380.00 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 13.75 | 13,366.25 |
| 08/15/13 | 001001 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield  IL  62794-9053 | Estate's State 1041 Tax Liability<br>Payment on Estate's 2013 State Tax | 2820-000 | | 71.00 | 13,295.25 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 13,295.25 | 0.00 |

LFORM2T4 **UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 17.04b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 13-04227  -CAD | Trustee Name: | Elizabeth C. Berg |
| Case Name: | ORTON, DANIEL SCOTT | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0544  Checking Account |
| Taxpayer ID No: | *******8878 | | |
| For Period Ending: | 02/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account  *******0544 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 3 | Deposits | 13,400.00 | 1 | Checks | 71.00 | |
| | 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 33.75 | |
| | | | | 1 | Transfers Out | 13,295.25 | |
| | | Subtotal | $    13,400.00 | | | | |
| | | | | | Total | $   13,400.00 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $    13,400.00 | | | | |

| Report Totals | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 3 | Deposits | 13,400.00 | 14 | Checks | 13,366.25 | |
| | 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 33.75 | |
| | | | | 1 | Transfers Out | 13,295.25 | |
| | | Subtotal | $    13,400.00 | | | | |
| | | | | | Total | $   26,695.25 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 13,295.25 | | | | |
| | | Total | $    26,695.25 | | Net Total Balance | $        0.00 | |